tiorari to the Supreme Court of Missouri denied. *Mr. John T. Barker* for petitioner. *Messrs. Roy McKittrick,* Attorney General of Missouri, *Covell R. Hewitt, Harry H. Kay,* Assistant Attorneys General, and *Charles L. Henson* for respondent.

No. 647. MONSEN *v.* UNITED STATES. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Jennings B. Monsen, pro se.*

No. 742. MORGAN *v.* UNITED STATES. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. C. L. Dawson* for petitioner.

No. 754. OHIO EX REL. SMITH *v.* YOUNG, JUDGE, ET AL. March 17, 1941. Petition for writ of certiorari to the Supreme Court of Ohio, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. Paul D. Smith* and *Thomas M. Sutherland* for petitioner. *Mr. Howard F. Guthery* for respondents.

No. 731. MORGAN *v.* TENNESSEE VALLEY AUTHORITY ET AL. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE FRANKFURTER took no part in the consideration and decision of this application. *Mr. Edwin H. Cassels* for petitioner. *Solicitor General Bid-*